**Opinion filed August 28, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00166-CV

_____

## IN THE INTEREST OF B.L.S., M.N.S., AND E.B.S., CHILDREN

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM 58239**

## M E M O R A N D U M   O P I N I O N

Appellant, Jacky Spires, has filed in this court an amended motion to dismiss his appeal. In the motion, Appellant requests that this appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Appellant states that he "does not want to disturb the peace of the children any further" and that "it is in the children's best interest that he seeks dismissal of this direct appeal."

The amended motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

August 28, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.